**Order entered September 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00490-CR
No. 05-14-00491-CR
No. 05-14-00492-CR
No. 05-14-00493-CR

**JIMIL BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-33944-M, F10-33945-M, F12-33914-M, F12-34048-M**

## ORDER

The Court **REINSTATES** the appeals.

On August 6, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 2, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the August 6, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE